UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONU SONU,<br><br>                              Petitioner,<br><br>           v.<br><br>KRISTI NOEM, et al.,<br><br>                              Respondents. | Case No. 5:26-cv-00589-MRA-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States magistrate judge, and Petitioner's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and conclusions in the Report and Recommendation which were in conformance with this Court's prior rulings in this matter.

//

IT IS ORDERED that:

(1)    Petitioner's first amended petition (ECF 6) is granted as to Petitioner's procedural due process claim; and

(2)    Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change in circumstances requiring his re-detention and a timely hearing.  At any such hearing, Respondents shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a risk of flight or danger to the community.

DATED: May 15, 2026

_____

HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2