JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONU SONU, | Case No. 5:26-cv-00589-MRA-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that:

(1)    Petitioner's first amended petition (ECF 6) is granted as to Petitioner's procedural due process claim; and

(2)    Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change in circumstances requiring his re-detention and a timely hearing.  At any such hearing, Respondents shall bear the burden of establishing, by

//

clear and convincing evidence, that Petitioner poses a risk of flight or danger to the community.

DATED: May 15, 2026

_____
HONORABLE MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE